IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> SYSTEMS ENGINEERING OF C & G, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:14-cv-0115 (AJT/TCB) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 48] of the Magistrate Judge recommending that default judgment be entered against defendants Systems Engineering of C&G, Inc., Systems Engineering of Mount Vernon, Inc., Systems Engineering of Prince George's County, Inc., Systems Engineering/R.I. Inc., and Systems Engineering N.Y.A. Inc. (collectively, "defendants") and in favor of plaintiff ReadyCap Lending LLC ("plaintiff") in the amount of $496,436.03.[1] No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Amended Motion for Default Judgment [Doc. No. 29] be, and the same hereby is, GRANTED; and it is further

---

[1] The affidavit in support of plaintiff's Amended Motion for Default Judgment states that plaintiff is entitled to damages in the amount of $483,616.98 (consisting of $415,980.30 in principal + $31,965.78 in interest + $23,207.26 in late charges + $6,825.00 in repossession costs + $1,630.70 in credit + $4,040.94 in prior counsel's legal fees). However, this amount seems to contain a miscalculation of $33, for which the Court has accounted in this Order. Accordingly, it appears plaintiff is entitled to $483,649.98 in damages.

ORDERED that default judgment be, and the same hereby is, ENTERED against defendants Systems Engineering of C&G, Inc., Systems Engineering of Mount Vernon, Inc., Systems Engineering of Prince George's County, Inc., Systems Engineering/R.I. Inc., and Systems Engineering N.Y.A. Inc. and in favor of plaintiff ReadyCap Lending LLC, in the amount of $496,469.03, which consists of $483,649.98 in damages and $12,819.05 in attorney's fees and costs, plus post-judgment interest at a rate of $56.98 per diem.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to defendants Systems Engineering of C&G, Inc., Systems Engineering of Mount Vernon, Inc., Systems Engineering of Prince George's County, Inc., Systems Engineering/R.I. Inc., and Systems Engineering N.Y.A. Inc. at the following addresses:

Systems Engineering of C&G, Inc.
c/o Rees Broome PC
8133 Leesburg Pike 9th Fl.
Vienna, VA 22182

Systems Engineering of Mount Vernon, Inc.
c/o Rees Broome PC
8133 Leesburg Pike 9th Fl.
Vienna, VA 22182

Systems Engineering/R.I. Inc.
c/o LPRA, Inc.
4725 Wisconsin Ave. Suite 250
Washington, DC 20016

Systems Engineering N.Y.A. Inc.
c/o Robert Leibner
4725 Wisconsin Ave. Suite 250
Washington, DC 20016

Systems Engineering of Prince George's County, Inc.
c/o Hyatt & Chep, P.A.
1919 West St.
Annapolis, MD 21404

/s/
───────────────────────
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 23, 2015

3